DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Littlejohn<br><br>Case below:<br>158 N.C. App. 628 | No. 403P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-575) | Denied |
| State v. Mangum<br><br>Case below:<br>158 N.C. App. 187 | No. 351P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-988) | Denied |
| State v. Mays<br><br>Case below:<br>158 N.C. App. 563 | No. 413P03 | AG's PDR Under N.C.G.S. § 7A-31<br>(COA01-1387) | Denied |
| State v. McNeil<br><br>Case below:<br>158 N.C. App. 96 | No. 420P03 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-1401)<br><br>2. State's Response to Def's PDR<br><br>3. AG's Motion for State's Response to Def's PDR to be Deemed Timely Filed | 1. Denied<br><br>2. Dismissed as moot<br><br>3. Allowed |
| State v. Morris<br><br>Case below:<br>156 N.C. App. 335 | No. 344P03 | Def's PWC to Review the Decision of the COA (COA02-438) | Denied |
| State v. Moses<br><br>Forsyth County<br>Superior Court | No. 574A97-3 | Def's PWC to Review the Order of the Superior Court | Denied |
| State v. Norfleet<br><br>Case below:<br>159 N.C. App. 230 | No. 433P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-256) | Denied |
| State v. Outlaw<br><br>Case below:<br>159 N.C. App. 423 | No. 425P03 | 1. AG's Petition for Writ of Supersedeas<br><br>2. AG's PDR Under N.C.G.S. § 7A-31<br>(COA02-584) | 1. Denied<br><br>2. Denied |
| State v. Parker<br><br>Case below:<br>148 N.C. App. 217 | No. 444P03 | Def's PWC to Review the Decision of the COA (COA01-413) | Denied |
| State v. Perry<br><br>Case below:<br>159 N.C. App. 30 | No. 432P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-1356) | Denied |